# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SA CR 16-00100-DOC | | Date | March 16, 2020 |
|---|---|---|---|---|

Present: The Honorable    DAVID O. CARTER, US District Judge

Interpreter    N/A

| Kelly Davis | CourtSmart | Mark Aveis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| John Garbino | X | X | | Joshua Robbins | X | | X |
| | | | | Peter Hardin | X | | X |

**PROCEEDINGS:**    **Sentencing (Not Held; Continued)**

---

Case called.   Court and counsel confer.   U.S. Probation Officer Gregory Vidana also present. The Sentencing is continued to **JUNE 29, 2020, at 7:30 a.m.**

cc USPO and PTS

| | : | 60 |
|---|---|---|

Initials of Deputy Clerk    kd